# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **LEWIS L. BOWERS**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:08CV00043 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY**, | ) | By: James P. Jones |
| | ) | Chief United States District Judge |
| | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed February 17, 2010, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Motion for Summary Judgment by the Commissioner of Social Security ("Commissioner") is GRANTED;

3. The final decision of the Commissioner is AFFIRMED; and

4. This case is closed.

ENTER: March 5, 2010

/s/ JAMES P. JONES
Chief United States District Judge